UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANGANETTIE KAYE GOTT** | ) |
| | ) |
| **Plaintiff,** | )   Case Number: 10-521 |
| | ) |
| **vs.** | ) |
| | ) |
| **IQ DATA INTERNATIONAL, INC.** | ) |
| | ) |
| **Defendant** | ) |
| | ) |

## STIPULATION OF DISMISSAL

AND NOW, this 28th day of July, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.


Warren & Vullings, LLP


BY: __/s/ *Brent F. Vullings*
    Brent F. Vullings, Esquire
    Attorney for Plaintiff



Fineman, Krekstein & Harris, P.C.

BY:  */s/ Richard J. Perr*
    Richard J. Perr, Esquire
    Attorney for Defendant